UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

<u>ELECTRONIC FILING ORDER</u>

The Court orders that the parties shall file all documents in this case

electronically.   The following requirements are imposed:

1.      Counsel must comply with all applicable Federal Rules of Civil Procedure,

the District's Local Rules and the requirements set forth in the District's

CM/ECF Policies and Procedures Manual, and any other rules and

administrative procedures that implement the District's CM/ECF system.

2.      Documents filed electronically must be filed in OCR text searchable PDF

format.

3.      Unless otherwise ordered, on the business day next following the day on

which a document is filed electronically, counsel must provide Chambers

with one paper copy of the following e-filed documents:

<u>Civil Cases</u>:  All pleadings (including briefs and exhibits) supporting or

opposing the following:

a.      Applications for temporary restraining orders, preliminary
        injunctions or prejudgment remedies;
b.      Dispositive motions (motions to dismiss or for summary judgment);
c.      Requested jury instructions;
d.      Compliance with Pretrial Orders;
e.      Trial briefs, including proposed findings of fact and conclusions of
        law; and f. Any other filing requested by the court.


                                        /s/ Kari A. Dooley
                                        Kari A. Dooley
                                        United States District Judge

Rev 9/17/18